# UNITED STATES DISTRICT COURT
for the

Eastern  District of  Oklahoma

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| **STANLEY DANYE SCARBOROUGH** | ) Case No:  CR-03-00118-001-JHP |
| | ) USM No:  04191-063 |
| Date of Original Judgment:          June 29, 2004 | ) |
| Date of Previous Amended Judgment: July 18, 2008 | ) Pro se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ■ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.    ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*

*the last judgment issued)* of _____121_____ months **is reduced to** _____120 months on Counts 1, 2, and 3, to be served concurrently_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      June 29, 2004      shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          12/23/2011          _____
                                                                            *Judge's signature*

Effective Date: _____          JAMES H. PAYNE, UNITED STATES DISTRICT JUDGE
              *(if different from order date)*                            *Printed name and title*